

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2015

No. 04-14-00579-CV

Jay Kay **BEAR** Ltd,
Appellant

v.

Patty **MARTIN**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-11890
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellants' and Cross-Appellants' briefs were due on December 29, 2014. This court granted a joint first motion for extension of time to file Appellants' and Cross-Appellants' briefs until January 28, 2015. On January 22, 2015, Appellants and Cross-Appellants filed a second joint motion for another thirty-day extension of time to file their respective briefs, for a total extension of sixty days.

Appellants' and Cross-Appellants' motion is GRANTED. The respective briefs must be filed with this court not later than February 27, 2015. *See* TEX. R. APP. P. 38.6(d).

**NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANTS' BRIEF or CROSS-APPELLANTS' BRIEF WILL BE GRANTED.** If Appellants or Cross-Appellants fail to file their respective brief as ordered, the court may dismiss the respective appeal for want of prosecution. *See id.* R. 38.8(a)(1), 42.3(b).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court

